

# THE THIRTEENTH COURT OF APPEALS

## 13-17-00626-CV

Leslie Anne Gower
v.
Richard Womeldorf, Independent Executor of the Estate of John W. Womeldorf, deceased

On Appeal from the
389th District Court of Hidalgo County, Texas
Trial Cause No. C-2477-15-H

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Leslie Anne Gower.

We further order this decision certified below for observance.

April 12, 2018